O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINE AKOPIAN, an individual, ) | Case No. CV 11-04078 DDP (SSx) |
| Plaintiff, ) | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. ) | [Motion filed on May 27, 2011] |
| WELLS FARGO BANK, et al., ) | |
| Defendants. ) | |

Presently before the court is Defendants' Motion to Dismiss Plaintiff's Complaint. Because Plaintiff has not filed an opposition, the court GRANTS the motion.

This is an action that arises from the foreclosure of property located at 1440 Thurlene Road, California 91206. Plaintiff filed suit against the Defendants for breach of contract, breach of the covenant of good faith and fair dealing, breach of California Civil Code §§ 2924b(b)(1) and 2924c, violation of California Business and Professions Code § 17200 et seq., intentional infliction of emotional distress, and negligent infliction of emotional distress.

1  In addition, Plaintiff requests compensatory and punitive damages,
2  declaratory relief, quiet title to Plaintiff's property, and
3  cancellation of instruments.  On May 27, 2011, Defendants filed
4  this Motion to Dismiss.  The hearing was scheduled for July 18,
5  2011.
6       Pursuant to Local Rule 7-9, a party opposing a motion is
7  required to file an opposition by no later than twenty-one days
8  before the hearing.  C.D. Cal. Local R. 7-9.  Failure to file an
9  opposition within the deadline may be deemed consent to granting
10 the motion.  C.D. Cal. Local R. 7-12.  Therefore, Plaintiff's
11 opposition to Defendants' motion was due on June 17, 2011.  As of
12 the date of this Order, Plaintiff has not filed an opposition, or
13 any other filing that could be construed as a request to move the
14 hearing date.  Accordingly, the court regards Plaintiff's failure
15 to oppose to be consent to granting Defendants' motion.
16      For the foregoing reasons, the court GRANTS Defendants' Motion
17 to Dismiss.

20 IT IS SO ORDERED.

23 Dated: July 19, 2011
                                    DEAN D. PREGERSON
                                    United States District Judge